**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00283-CV**
_____

**IN THE INTEREST OF C.S.**

_____

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-238,543**

_____

**ORDER**

On September 10, 2021, the trial court signed an interlocutory order of termination as to A.R., the mother of C.S. On September 13, 2021, A.R. filed a notice of appeal. "The appellate court may allow an appealed order that is not final to be modified so as to be made final and may allow the modified order and all proceedings relating to it to be included in a supplemental record." Tex. R. App. P. 27.2. Accordingly, we abate the appeal and remand the cause to the trial court. *See id.* Upon remand, the trial court may issue such further orders or judgments necessary to create a final, appealable order in this cause. Unless a final, appealable

order or judgment is included in a supplemental clerk's record and filed with the clerk of this court on or before December 27, 2021, the appeal will be reinstated and dismissed for want of jurisdiction.

ORDER ENTERED November 24, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.